DAYTON BAR ASSOCIATION *v.* BUREN.

[Cite as *Dayton Bar Assn. v. Buren* (1998), 84 Ohio St.3d 271.]

(No. 98–1729—Submitted September 29, 1998—Decided December 30, 1998.)

*Certo & Larson* and *Peter R. Certo, Jr.,* for relator.

---

**Per Curiam.**  We concur with the findings, conclusions, and recommendation of the board.  Buren engaged in a continuing course of deceit, misrepresentation, and neglect of duty to his clients and the bankruptcy court.  In addition, Buren has failed to cooperate with disciplinary proceedings.  Under these circumstances, disbarment is the appropriate sanction.  See, *e.g., Cuyahoga Cty. Bar Assn. v. Churilla* (1997), 78 Ohio St.3d 348, 350, 678 N.E.2d 515, 516–517;

*Cincinnati Bar Assn. v. Brown* (1997), 78 Ohio St.3d 345, 678 N.E.2d 513. Buren is hereby disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.